# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

ADAM CARMON,
    *Petitioner,*

v.                        **APPEARANCE**

WILLIAM MULLIGAN,
    *Respondent.*                CASE NO.:   3:18CV01794(JCH)

*To the Clerk of this Court and all parties of record:*

*Enter my Appearance as counsel in this case for:*

                            **ADAN CARMON**

Date: February 25, 2019              /s/ David S. Keenan
                                           Signature

Bar No.: ct29707                  David S. Keenan
                                           Print Name

                                           OFFICE OF THE FEDERAL DEFENDER
                                           Firm Name

                                           265 Church Street, Suite 702
                                           Address

                                           New Haven,        CT        06510
                                           City                 State       Zip Code

                                           (203) 498 4200
                                           Phone Number

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on February 25, 2019, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                           /s/ David S. Keenan
                                           David S. Keenan